# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00454-CV

### R. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 2015-0550, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal is originally due to be filed on July 15, 2016. By request to this Court dated July 13, 2016, Debbie Cunningham requested an extension of 30 days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Debbie Cunningham is hereby ordered to file the reporter's record in this case on or before July 25, 2016. If the record is not filed by that date, Cunningham may be required to show cause why she should not be held in contempt of court.

It is ordered on July 14, 2016.


Before Chief Justice Rose, Justices Goodwin and Bourland